IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

PHILIP P. SNYDER,                          )
                                           )
                                           )          2:25-CV-00217-CBB
          Plaintiff,                       )
                                           )
   vs.                                     )
                                           )
MICHELLE A. KING, ACTING                   )
COMMISSIONER OF THE SOCIAL                 )
SECURITY ADMINISTRATION;                   )
                                           )
          Defendant.                       )

## ORDER

AND NOW, this 24th day of March, 2026, upon consideration of the parties

cross motions for summary judgment ECF Nos. 8 and 9,

IT IS HEREBY ORDERED that Plaintiff's motion is DENIED and the

Commissioner's motion is GRANTED.

IT IS FURTHER ORDERED that the Commissioner's decision denying

Plaintiff's claims for disability benefits is AFFIRMED.  A separate Fed. R. Civ. P. 58

Judgment Order follows.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge